Compas Medical, P.C., as Assignee of Shamir Love, Appellant, 
against
Citiwide Auto Leasing, Respondent.



Appeal from an order of the Civil Court of the City of New York, Queens County (William A. Viscovich, J.), entered November 22, 2013. The order granted defendant's motion for summary judgment dismissing the complaint.




ORDERED that the order is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, plaintiff appeals from an order of the Civil Court which granted defendant's motion for summary judgment dismissing the complaint.
For the reason stated in Compas Med., P.C., as Assignee of Shamir Love v Citiwide Auto Leasing (___ Misc 3d ___, 2016 NY Slip Op ___ [appeal No. 2013-2781 Q C], decided herewith), the order is affirmed.
Pesce, P.J., Aliotta and Solomon, JJ., concur.
Decision Date: October 11, 2016